# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Park District City of Grand Forks, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Gripple Incorporated, Custom Aire, Inc., and EAPS Architects/Engineers, | ) Case No. 3:18-cv-077 |
| Defendants. | ) |

On May 27, 2019, the parties filed a Stipulation to Extend Deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 40) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall make by Rule 26(a)(1) disclosures by July 1, 2019.

2. The parties shall have until December 1, 2019, to complete fact discovery and to file discovery motions.

3. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert disclosures are due by August 1, 2019;

    b. Defendants' expert disclosures are due by September 1, 2019; and

    c. Rebuttal expert disclosures are due by October 1, 2019.

4. The parties shall have until November 1, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until September 1, 2019, to move to join additional parties.

6. The parties shall have until September 1, 2019, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be December 1, 2019.

7. The parties shall have until December 1, 2019, to file other nondispositive motions (e.g., consolidation, bifurcation).

8. The parties shall have until August 1, 2019, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

9. The parties shall have until January 1, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

A status conference shall be scheduled for September 10, 2019, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The final pretrial conference set for October 2, 2019, shall be rescheduled for May 19, 2020, at 10:00 a.m. via telephone. To participate in the conference, counsel shall call the aforementioned number and enter the access code. The trial and pretrial conference set for October 15, 2019, shall be rescheduled for June 1, 2020, at 9:00 a.m. and 9:30 a.m., respectively, in Fargo before Chief Judge Hovland (courtroom #1). A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court